# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| WILLIE MUNN | * | |
| ADC #080042 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:24-cv-00174-JJV |
| | * | |
| DEXTER PAYNE | * | |
| *Director, ADC* | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 28th day of June 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE